IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Russell W. Dotson, | Case No. 3:15 CV 1874 |
| Plaintiff, | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| -vs- | JUDGE JACK ZOUHARY |
| Commissioner of Social Security, | |
| Defendant. | |

This Court has reviewed the Magistrate Judge's June 16, 2016 Report and Recommendation ("R&R") (Doc. 12). The R&R recommends the final decision of the Commissioner of Social Security be vacated and this case be remanded for further proceedings. Defendant filed a Response (Doc. 13) indicating the Commissioner of the Social Security will not be filing objections to the R&R.

The R&R accurately states the facts and law, and this Court adopts the R&R in full.

Therefore, the final decision of the Commissioner of Social Security is vacated, and the case is remanded, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with the R&R (Doc. 12).

IT IS SO ORDERED.

                                                                                                s/ *Jack Zouhary*
                                                                                                 JACK ZOUHARY
                                                                                                 U.S. DISTRICT JUDGE

July 1, 2016